# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Zachary Z. King, Craig E. Dyar, Jr., and Anthony L. Wilson, | Civ. No. 13-1431 (DWF/JJK) |
| Plaintiffs, | |
| v. | |
| City of Minneapolis; and Officer Heather Sterzinger, Officer Yolanda Wilks, Officer Kenneth Feucht, Officer Michael Williams, Sergeant Darah Westermeyer, and Officer Adam Lewis, in their individual and official capacities; | **ORDER GRANTING LEAVE TO AMEND THE COMPLAINT** |
| Defendants. | |

Based on the Stipulation of the parties (Doc. No. 13), wherein the parties agreed to allow Plaintiffs to amend their Complaint and file their First Amended Complaint, **IT IS HEREBY ORDERED** that Plaintiffs may file their First Amended Complaint, which was attached to the Stipulation (Doc. No.13), as Exhibit B.

Date: October 17, 2013

    *s/ Jeffrey J. Keyes*
JEFFREY J. KEYES
United States Magistrate Judge